# EXHIBIT B

# FIRST AMENDMENT TO ADLIFE DIGITAL FOOD PHOTOGRAPHY DISTRIBUTER AGREEMENT

This First Amendment to AdLife Digital Distributor Agreement ("First Amendment") is dated as of September 13, 2011, by and between Multi-Ad Services, Inc., an Illinois corporation ("Distributor") and AdLife Marketing And Communications Co., Inc. ("Developer").

WHEREAS, Distributor and Developer have entered into that certain AdLife Digital Food Photography Distributor Agreement, dated June 8, 1994 (the "Agreement"); and

WHEREAS, Distributor desires to market, sell and distribute Developer's digital photos on a stand alone basis; and

WHEREAS, the parties hereto desire to amend the Agreement.

NOW, THEREFORE, the parties agree as follows:

1. Section 2.2 Terms of Payment of the Agreement shall be deleted in its entirety and replaced with the following:

   Distributor agrees to pay Developer a royalty fee of thirty-five percent (35%) of net sales of all Distributor's food photography and fifty percent (50%) of net sales of all Distributor's automotive images and photos containing Developer's digital photos on a quarterly basis. Unless otherwise mutually agreed to in writing, Distributor shall make said royalty payments and provide Developer with a royalty report within thirty (30) days following the end of each quarter. A late payment charge of one and one-half percent (1.5%) per month shall be charged upon unpaid balances due after said thirty (30) day period. The parties agree and understand that Distributor will purchase from Developer on an individual basis, four (4) digital photos each month, at a mutually agreed price, for placement in Distributor's Ad-Builder product for purposes of promoting Developer's products. Developer agrees that it shall not be entitled to any royalty from Distributor's Ad-Builder product containing said promotional photos.

2. Section 2.3 Definition of Net Sales shall be deleted in its entirety and replaced with the following:

   "Net Sales" for the purposes of this Agreement means the price received by Distributor for each image, photo or CD-ROM sold by Distributor to a third party, which image, photo or CD-ROM contains Developer's digital photos, exclusive of all taxes (other than those levied on Distributor's net income), insurance, shipping and other incidental charges (such as restocking fees), and less sales commissions paid to third parties, credits, discounts, rebates and any refunds for returns. Distributor may set the price for its images, photos and CD-ROMS containing Developer's digital photos, including discounts, in its sole discretion. Distributor may also distribute, free of charge, a commercially reasonable number of demonstration CD-ROMS containing Developer's

digital photos as promotional and marketing incentives and no royalty shall be due Developer thereon.

3. To facilitate execution, this First Amendment may be executed in as many counterparts as may be required; and it shall not be necessary that the signature of, or on behalf of, each party, or that the signatures of all persons required to bind any party, appear on each counterpart; but it shall be sufficient that the signature of, or on behalf of, each party, or that the signatures of the persons required to bind any party, appear on one or more of such counterparts. All counterparts shall collectively constitute a single document. The parties acknowledge that photocopies of this First Amendment which have been executed by the parties hereto or their respective agents shall be binding upon the parties as if such photocopies were originals regardless of whether such photocopies of this First Amendment have been delivered by personal service, regular mail, facsimile transmission or otherwise. Upon request from any party hereto, all other parties agree to execute an original of this First Amendment upon presentation thereof if said document has previously been executed and delivered in photocopy form by personal delivery, facsimile transmission, regular mail or otherwise.

4. Except as specifically amended herein, the Agreement shall continue in full force and effect in accordance with its original terms. Reference to this specific First Amendment need not be made in any note, document, letter, certificate, the Agreement itself, or any communication issued or made pursuant to or with respect to the Agreement, any reference to the Agreement being sufficient to refer to the Agreement as amended hereby. All items used herein which are defined in the Agreement shall have the same meaning herein as in the Agreement. In the event of any conflict between the terms of the Agreement and the terms of this First Amendment, this First Amendment shall control.

IN WITNESS WHEREOF, the parties have caused this First Amendment to be executed as of the date and year first above written.

**DISTRIBUTOR:**

Multi-Ad Services, Inc.,

By: ███████████████

Name: ███████████████

Title: Senior Vice President

**DEVELOPER:**

AdLife Marketing And
Communications Co., Inc.

By: ███████████████

Name: ███████████████

Title: Executive Vice President

211-390